UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Kelinthon Made,
                Plaintiff(s),

  -against-                                          19cv08772(GBD)
                                                            ORDER
Broadway 3820 LLC, et al
                Defendant(s).
------------------------------------------------------------------X



GEORGE B. DANIELS, United States District Judge:

The conference scheduled for March 24, 2020 is adjourned to May 26, 2020 at 9:30 a.m.

Dated: New York, New York
       March 19, 2020

                                                          _____
                                                          GEORGE B. DANIELS
                                                          United States District Judge