UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

KELINTHON MADE,

           Plaintiff,

   -against-

BROADWAY 3820 LLC, LAZER STERNHELL, and FERNANDO ALFONSO, *a/k/a Fernanno Alfonso a/k/a Alfonso Fernanno*,

           Defendants.

------------------------------------x

ORDER

19 Civ. 8772 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 11 2020

GEORGE B. DANIELS, United States District Judge:

The parties in the above-mentioned FLSA consolidated actions have reached a settlement and jointly move for an order approving the settlement. (ECF No. 35.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiffs in the amount of $57,500 is approved; and

2. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York
       June 11, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge